## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KEVIN WILLIAMS A/K/A KIRBY STEWART, : No. 704 MAL 2020
:
       Petitioner :
: Petition for Allowance of Appeal
: from the Order of the Superior Court
    v. :
:
:
JOSEPH C. MADENSPACHER, DONALD :
R. TOTARO, LAWRENCE F. STENGEL, :
CHRISTOPHER HACKMAN, VICKI S. :
BOMGARDNER, MARK F. WALMER AND :
THOMAS A. KISS, :
       Respondents

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.